```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

IRVING F. ROUNDS,              )
    Plaintiff,                 )
                               )
        v.                     )   C.A. No. 15-13541-MLW
                               )
ENVIRONMENTAL PROTECTION       )
AGENCY,                        )
    Defendant.                 )

<u>MEMORANDUM AND ORDER</u>

WOLF, D.J.                                      August 22, 2016

    Plaintiff Irving F. Rounds, Jr. has sued the United States Environmental Protection Agency (the "EPA"). Rounds alleges that the EPA breached a January 7, 1998 oral agreement between Rounds and an EPA Special Agent that Rounds would disclose Clean Air Act violations by his employer in return for whistleblower protections. He further alleges that he lost his job as a result of the breach and has since been harassed by various individuals, corporations, and agencies of the United States. He seeks $1,350,000 in damages and injunctive relief.

    On December 7, 2015, EPA filed a Motion to Dismiss (the "Motion to Dismiss"). In her June 30, 2016 Report and Recommendation, the Magistrate Judge recommended that the Motion to Dismiss be allowed. The Report and Recommendation concludes that this court lacks subject matter jurisdiction over Round's claims because his breach of contract action seeks to recover more than $10,000 from the United States—claims which can only be

litigated in the Court of Federal Claims.  <u>See</u> 28 U.S.C. §1346(a)(2); <u>Berman v. United States</u>, 264 F.3d 16, 20-21 (1st Cir. 2001). On July 13, 2016, Rounds filed an objection to the Report and Recommendation, which provides no substantive argument, but does request more time to seek legal counsel. On August 1, 2016, Rounds filed a motion requesting Magistrate Judge Kelly arbitrate the parties' dispute.

The court has considered the Magistrate Judge's Report and Recommendation, the submissions of the parties on the Motion to Dismiss, and Rounds' objection. This court has reviewed <u>de novo</u> the questions of law, and finds the Report and Recommendation to be thorough, thoughtful, and persuasive. Rounds has not caused counsel to appear on his behalf and, in any event, it is evident that this court lacks jurisdiction. The Report and Recommendation is, therefore, being adopted.

In view of the foregoing, it is hereby ORDERED that:

1. The attached Magistrate Judge's Report and Recommendation (Docket No. 18) is ADOPTED and INCORPORATED pursuant to 28 U.S.C. §636.

2. For the reasons stated in the Report and Recommendation, the Motion to Dismiss (Docket No. 6) is ALLOWED.

3. The Motion for Arbitration (Docket No. 28) is MOOT.

2

                    /s/ Mark L. Wolf
                    UNITED STATES DISTRICT JUDGE